FILED ___ LODGED
RECEIVED ___ COPY

MAR 2 2 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clint S. Fallow, et al., | No. CV03-2612-PHX-SRB |
| Plaintiffs, | **ORDER** |
| vs. | |
| Herbalife International, Inc., et al., | CIV 04 - 175 - N - EJL |
| Defendants. | |

The Court has received and considered Herbalife's Motion for Transfer. Plaintiff having filed no opposition;

IT IS ORDERED granting Herbalife's Motion to Transfer. (Doc. 2-1).

IT IS FURTHER ORDERED transferring this case to the United States District Court for the District of Idaho.

DATED this 19th day of March, 2004.

Susan R. Bolton
United States District Judge

I hereby attest and certify on 4-2-04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy