U.S. COURTS

2004 MAY -6 AM 11:43

REC'D_____ FILED_____
CAMERON S. BURKE
CLERK, IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLINT S. FALLOW, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> HERBALIFE INTERNATIONAL, et al, <br><br> Defendants. | Case No. CV04-175-N-EJL <br><br> LITIGATION ORDER |

On April 5, 2004, the above-entitled action was transferred to the District of Idaho.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1. Pursuant to Local Rule 16.1, the parties shall meet and determine:

    A. A litigation plan[1];

    B. If consenting to the jurisdiction of a magistrate judge is appropriate; and

---

[1] Attached is a Civil Case Litigation Outline which shall be used by the parties in determining their case litigation plan. The Court will expect the outline to be followed unless a showing by the parties is made that the case is highly complex in nature.

LITIGATION ORDER - Page 1
04ORDERS\Fallow lit.WPD

3

  C. If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

2. On or before **June 21, 2004**, the parties shall file with the court the Litigation Plan form and, if appropriate, the Consent to Proceed Before a Magistrate Judge form.

3. Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

4. A telephonic scheduling conference shall be held on **July 6, 2004**, at **9:30 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the Litigation Plan Form and to set the matter for trial.

5. Counsel for Plaintiff shall initiate the conference call by placing it to Diane McDonald, Administrative Assistant, at 208-334-9270 and shall have all appropriate parties on the line.

Dated this 5th day of May, 2004.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

---

[2]Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program. Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

 A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

LITIGATION ORDER - Page 2
04ORDERS\Fallow_lit.WPD

# COURT CASE LITIGATION OUTLINE

| DAY | EVENT |
|---|---|
| 1 | Complaint Transferred |
| 69 | Parties Meet on Litigation Plan (Local Rule 16.1) |
| 80 | **DISTRICT COURT FILING DEADLINE:** Joint Litigation Plan Form |
| 83 | **Case reviewed by Court for:**<br>    **(1) Completion of service (2) Consent to a Magistrate Judge Form**<br>    **(3) Litigation Plan Form**<br>Initial Disclosure Deadline (FRCP 26.1, and Local Rule 16.1) |
| 90 | **TELEPHONE SCHEDULING CONFERENCE** |
| 135 | Expert Disclosure by plaintiff |
| 165 | Expert Disclosure by defendant |
| 180 | Rebuttal Expert Disclosure by plaintiff |
| 210 | Pre-Alternative Dispute Resolution (ADR) Discovery Deadline<br>**DISTRICT COURT FILING DEADLINE:** Motion to Amend |
| 240 | ADR Conference (Mediation, Arbitration or Settlement Conference) |
| 247 | **DISTRICT COURT FILING DEADLINE:** ADR Status Report |
| 300 | Final Discovery Deadline |
| 330 | **DISTRICT COURT FILING DEADLINE:** Pre-Trial Motions (6 months before trial)<br>    Responsive Pleadings Due 21 Days from Receipt of Motion<br>    Reply Pleadings Due 10 Days from Receipt of Response<br><br>**DISTRICT COURT FILING DEADLINE:** Dispositive Motions<br>    Responsive Pleadings Due 21 Days from Receipt of Dispositive Motion<br>    Reply Pleadings Due 10 Days from Receipt of Response |
| 531 | **TRIAL:** Scheduled to begin on Tuesdays at 9:30 a.m. unless otherwise ordered. |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| Plaintiff(s), | ) |
|  | ) Case No. CV |
| vs. | ) |
|  | ) **LITIGATION PLAN FORM** |
| Defendant(s). | ) |

# PLEASE INDICATE DATES WHERE APPLICABLE

1. **Expert Witness Disclosure:**
   Plaintiff: _____
   Defendant: _____
   Rebuttal: _____

2. **Amendment to Pleadings, Joinder of Parties, Pre-ADR Discovery deadline:** _____

3. **ADR Conference: Mediation, Arbitration, Settlement Conference (please choose one) to be held by:** _____

4. **Final Discovery Due:** _____

5. **Non-Dispositive & Dispositive Pre-Trial Motions Deadline:** _____
   Responsive Pleadings Due 21 Days from Receipt of Motion
   Reply Pleadings Due 10 Days from Receipt of Response

6. **Proposed Trial Date(s):**
   _____ first preference

   _____ second preference

   _____ third preference

7. **Trial: Jury or Court**

8. **Total Projected Number of Days:** _____

LITIGATION PLAN FORM

9. **Location:** _____

10. **Referral Status:** To be determined by the Court.


_____  _____
Attorney for Plaintiff                    Date



_____  _____
Attorney for Defendant                   Date








9.   LITIGATION PLAN FORM

```
                                                                    ja
              United States District Court
                          for the
                      District of Idaho
                       May 6, 2004


              * * CLERK'S CERTIFICATE OF MAILING * *


Re:   2:04-cv-00175



I certify that I caused a copy of the attached document to be mailed or faxed
to the following named persons:


       Ronald E Warnicke, Esq.
       WARNICKE & LITTLER
       1411 N 3rd St
       Phoenix, AZ   85004-1612

       Thomas E Littler, Esq.
       WARNICKE & LITTLER
       1411 N 3rd St
       Phoenix, AZ   85004-1612

       Mark Joseph Giunta, Esq.
       LAW OFFICE OF MARK J GIUNTA
       845 N 3rd Ave
       Phoenix, AZ   85003

       Joel Philip Hoxie, Esq.
       SNELL & WILMER
       1 Arizona Ctr
       400 E Van Buren
       Phoenix, AZ   85004-0001

       Monica Anne Limon-Wynn, Esq.
       SNELL & WILMER
       1 Arizona Ctr
       400 E Van Buren
       Phoenix, AZ   85004-0001



           _____Chief Judge B. Lynn Winmill
             ✓  Judge Edward J. Lodge
           _____Chief Magistrate Judge Larry M. Boyle
           _____Magistrate Judge Mikel H. Williams

       Visiting Judges:
           _____Judge David O. Carter
           _____Judge John C. Coughenour
           _____Judge Thomas S. Zilly
```

Cameron S. Burke, Clerk

Date: __5-6-04__     BY: __/s/ JM Angelo__
                           (Deputy Clerk)