DANIEL J. GIBBONS
PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP
717 West Sprague Avenue
Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLINT S. FALLOW, MARY LYNN FALLOW and DANIEL S. FALLOW, | Case No. CV04-175-N-EJL |
| Plaintiffs, | **MOTION TO REFER CASE TO BANKRUPTCY JUDGE** |
| vs. | |
| HERBALIFE INTERNATIONAL, INC., a Nevada corporation; HERBALIFE INTERNATIONAL OF AMERICA, INC., a California corporation, | |
| Defendants. | |

HERBALIFE INTERNATIONAL, INC. and HERBALIFE INTERNATIONAL OF AMERICA, INC. (collectively "Herbalife") by and through their attorneys of record, Paine, Hamblen, Coffin, Brooke & Miller LLP, move the Court for an order referring this case to Chief Bankruptcy Judge Myers, and petition the Court as follows:

1. In 1996, Plaintiffs Daniel Fallow, Mary Fallow and Clint Fallow brought an action against Herbalife in Maricopa County Superior Court, Cause No. CV96-03558 (the "Arizona State Court Action"). The trial court entered judgment as a matter of law on certain

claims and counterclaims, and the jury rendered verdicts on other claims and counterclaims. On December 17, 1999, Herbalife appealed the trial court's entry of judgment as a matter of law in favor of Dan Fallow on Herbalife's Lanham Act counterclaims (Counts 1 and 2). On February 15, 2001, the Arizona Court of Appeals reversed the trial court's grant of judgment as a matter of law on Herbalife's Lanham Act counterclaims. The case was remanded to the Maricopa County Superior Court so that Herbalife and Fallow could retry these counterclaims. See Affidavit of Daniel J. Gibbons, ¶ 3 filed herewith.

2. On September 20, 2002, Daniel Fallow filed a petition for relief under Chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Idaho (Case No. 02-21424). Mr. Fallow's bankruptcy stayed the Arizona State Court Action. See Affidavit of Daniel J. Gibbons, ¶ 4.

3. On January 17, 2003, Herbalife initiated an adversary proceeding for judgment on its Lanham Act counterclaims and to except the Lanham Act counterclaims from discharge pursuant to 11 U.S.C. §523 in the Idaho Bankruptcy Court (Adversary Proceeding No. 03-6021). See Affidavit of Daniel J. Gibbons, ¶ 5.

4. Mr. Fallow's Chapter 7 case and the Adversary Proceeding are pending before Chief Bankruptcy Judge Myers. Affidavit of Daniel J. Gibbons, ¶ 6.

5. On August 23, 2003, Herbalife moved to modify the discharge injunction so that Herbalife could proceed with a trial on the merits in the Arizona State Court Action. Herbalife also moved the Idaho Bankruptcy Court to abstain from jurisdiction in the Adversary Proceeding. On December 10, 2003, the Idaho Bankruptcy Court entered orders denying these motions. Affidavit of Daniel J. Gibbons, ¶ 7.

6. Herbalife then removed the Arizona State Court Action to the U. S. District Court for the District of Arizona, and on April 5, 2004 this action was transferred to the District of Idaho. Herbalife now requests this case be referred to Chief Bankruptcy Judge Myers. In the event this motion is granted, Herbalife intends to file a motion to consolidate this case with the pending Adversary Proceeding. Herbalife believes these actions are necessary to preserve the record of the Arizona State Court Action and present a full and accurate record to the Bankruptcy Court. Affidavit of Daniel J. Gibbons, ¶ 8.

7. 11 USC §157(a) provides: "Each district court may provide that any or all cases arising under Title 11 or arising in or related to a case under Title 11 shall be referred to the bankruptcy judges for the district." The essence of this case is to determine whether Herbalife's counterclaims may be excepted from discharge under 11 USC §523. This action is a core proceeding pursuant to 28 USC §157(b)(2)(I), and should be referred to the Bankruptcy Court.

DATED this 21st day of June, 2004.

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

By: /s/ Daniel J. Gibbons
Daniel J. Gibbons, ISB #6202
Attorneys for Defendants Herbalife

CERTIFICATE OF SERVICE

I certify that on the __21st__ day of June, 2004, I caused a copy of the attached document to be mailed to the following persons:

Ronald E. Warnicke, Esq.
WARNICKE & LITTLER
1411 N 3rd St
Phoenix, AZ   85004-1612

Thomas E. Littler, Esq.
WARNICKE & LITTLER
1411 N 3rd St
Phoenix, AZ   85004-1612

Mark Joseph Giunta, Esq.
LAW OFFICE OF MARK J. GIUNTA
845 N 3rd Ave
Phoenix, AZ   85003

Joel Philip Hoxie, Esq.
SNELL & WILMER
1 Arizona Ctr
400 E Van Buren
Phoenix, AZ   85004-0001

Monica Anne Limon-Wynn, Esq.
SNELL & WILMER
1 Arizona Ctr
400 E Van Buren
Phoenix, AZ   85004-0001

*Dawna R. Stocker*
Dawna R. Stocker

I:\Spxdocs\26974\00002\plead\00187093.DOC;js-drs

**MOTION TO REFER CASE
TO BANKRUPTCY JUDGE - 4**