DANIEL J. GIBBONS
PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP
717 West Sprague Avenue
Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLINT S. FALLOW, MARY LYNN FALLOW and DANIEL S. FALLOW,<br><br>            Plaintiffs,<br><br>vs.<br><br>HERBALIFE INTERNATIONAL, INC., a Nevada corporation; HERBALIFE INTERNATIONAL OF AMERICA, INC., a California corporation,<br><br>            Defendants. | Case No. CV04-175-N-EJL<br><br>**AFFIDAVIT OF DANIEL J. GIBBONS** |

STATE OF WASHINGTON    )
                                              )ss.
County of Spokane              )

DANIEL J. GIBBONS, being duly sworn upon oath, deposes and says:

1. I am an attorney representing Defendants Herbalife International, Inc. and Herbalife International America, Inc. (collectively "Herbalife") in this action. I also represent Herbalife in bankruptcy case number 02-21424 and Adversary Proceeding No. 03-6021. I am over the age of eighteen and am competent to testify herein based on my personal knowledge of this case.

2. This action has been transferred from the U.S. District Court for the District of Arizona following removal from the Maricopa County Superior Court.

3. In 1996, Plaintiffs Daniel Fallow, Mary Fallow and Clint Fallow brought an action against Herbalife in Maricopa County Superior Court, Cause No. CV96-03558 (the "Arizona State Court Action"). The trial court entered judgment as a matter of law on certain claims and counterclaims, and the jury rendered verdicts on other claims and counterclaims. On December 17, 1999, Herbalife appealed the trial court's entry of judgment as a matter of law in favor of Dan Fallow on Herbalife's Lanham Act counterclaims (Counts 1 and 2). On February 15, 2001, the Arizona Court of Appeals reversed the trial court's grant of judgment as a matter of law on Herbalife's Lanham Act counterclaims. The case was remanded to the Maricopa County Superior Court so that Herbalife and Fallow could retry these counterclaims.

4. On September 20, 2002, Daniel Fallow filed a petition for relief under Chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Idaho (Case No. 02-21424). Mr. Fallow's bankruptcy stayed the Arizona State Court Action.

5. On January 17, 2003, Herbalife initiated an adversary proceeding for judgment on its Lanham Act counterclaims and to except the Lanham Act counterclaims from discharge pursuant to 11 U.S.C. §523 in the Idaho Bankruptcy Court (Adversary Proceeding No. 03-6021).

6. Mr. Fallow's Chapter 7 case and the Adversary Proceeding are pending before Chief Bankruptcy Judge Myers.

7. On August 23, 2003, Herbalife moved to modify the discharge injunction so that Herbalife could proceed with a trial on the merits in the Arizona State Court Action. Herbalife also moved the Idaho Bankruptcy Court to abstain from jurisdiction in the Adversary

Proceeding. On December 10, 2003, the Idaho Bankruptcy Court entered orders denying these motions.

8. Herbalife removed the Arizona State Court Action to the U. S. District Court for the District of Arizona, and on April 5, 2004 this action was transferred to the District of Idaho. Herbalife now requests this case be referred to Chief Bankruptcy Judge Myers. Following referral to the Bankruptcy Court, Herbalife intends to file a motion to consolidate this case with the pending Adversary Proceeding. Herbalife believes these actions are necessary to preserve the record of the Arizona State Court Action and present a full and accurate record to the Bankruptcy Court.

_____
DANIEL J. GIBBONS

SIGNED AND SWORN to before me this 21st day of June, 2004, by DANIEL J. GIBBONS.



Dawna R. Stocker
Print Name: Dawna R. Stocker
Notary Public in and for the State of Washington, residing at ~~Spokane~~. Kootenai County, ID
Commission Expires: 4/10/07

AFFIDAVIT OF DANIEL J. GIBBONS - 3
I:\Spodocs\26974\00002\plead\00187354.DOC

CERTIFICATE OF SERVICE

I certify that on the __21st__ day of June, 2004, I caused a copy of the attached document to be mailed to the following persons:

Ronald E. Warnicke, Esq.
WARNICKE & LITTLER
1411 N 3rd St
Phoenix, AZ   85004-1612

Thomas E. Littler, Esq.
WARNICKE & LITTLER
1411 N 3rd St
Phoenix, AZ   85004-1612

Mark Joseph Giunta, Esq.
LAW OFFICE OF MARK J. GIUNTA
845 N 3rd Ave
Phoenix, AZ   85003

Joel Philip Hoxie, Esq.
SNELL & WILMER
1 Arizona Ctr
400 E Van Buren
Phoenix, AZ   85004-0001

Monica Anne Limon-Wynn, Esq.
SNELL & WILMER
1 Arizona Ctr
400 E Van Buren
Phoenix, AZ   85004-0001

*Dawna R. Stocker*
Dawna R. Stocker