U.S. COURTS

2004 JUN 29 PM 1:04

REC'D ____ FILED ____
CAMERON S. BURKE
CLERK, IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLINT S. FALLOW, et al, | ) |
| Plaintiffs, | ) Case No. CV04-175-N-EJL |
| vs. | ) ORDER |
| HERBALIFE INTERNATIONAL, et al, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that the telephonic scheduling conference set on **July 6, 2004,** at **9:30 a.m.** shall be vacated pending a ruling on Defendant's Motion to Refer Case to Bankruptcy Judge.

Dated this 29th day of June, 2004.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

ORDER - Page 1
04ORDERS\Fallow.WPD

```
                                                              ja
                   United States District Court
                             for the
                         District of Idaho
                          June 29, 2004


              * * CLERK'S CERTIFICATE OF MAILING * *


Re:   2:04-cv-00175



I certify that I caused a copy of the attached document to be mailed or faxed
to the following named persons:


        Ronald E Warnicke, Esq.
        WARNICKE & LITTLER
        1411 N 3rd St
        Phoenix, AZ  85004-1612

        Thomas E Littler, Esq.
        WARNICKE & LITTLER
        1411 N 3rd St
        Phoenix, AZ  85004-1612

        Mark Joseph Giunta, Esq.
        LAW OFFICE OF MARK J GIUNTA
        845 N 3rd Ave
        Phoenix, AZ  85003

        Joel Philip Hoxie, Esq.
        SNELL & WILMER
        1 Arizona Ctr
        400 E Van Buren
        Phoenix, AZ  85004-0001

        Monica Anne Limon-Wynn, Esq.
        SNELL & WILMER
        1 Arizona Ctr
        400 E Van Buren
        Phoenix, AZ  85004-0001



        _____ Chief Judge B. Lynn Winmill
        __✓__ Judge Edward J. Lodge
        _____ Chief Magistrate Judge Larry M. Boyle
        _____ Magistrate Judge Mikel H. Williams

        Visiting Judges:
        _____ Judge David O. Carter
        _____ Judge John C. Coughenour
        _____ Judge Thomas S. Zilly
```

Cameron S. Burke, Clerk

Date: 6-29-04         BY: _____
                          (Deputy Clerk)