IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CLINT S. FALLOW, et al, ) | |
| ) | |
| Plaintiffs, ) | Case No. CV04-175-N-EJL |
| ) | |
| vs. ) | ORDER |
| ) | |
| HERBALIFE INTERNATIONAL, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Pending before the Court in the above-entitled matter is a motion filed by Defendants seeking an order to refer this case to the Federal Bankruptcy Court. (Dkt. No. 4). The motion, filed on July 21, 2004, states that the instant action relates to Defendants' counterclaims against Plaintiff in an action occurring in Arizona State Court. Plaintiff Daniel Fallow has filed a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Idaho. The filing of that petition has stayed the state action in Arizona. In addition, Defendants have initiated adversary proceedings seeking a judgment on their counterclaims in the bankruptcy action in this District. As a result, Defendants removed the instant action from Arizona to this District and filed the instant motion in an effort to eventually consolidate this case with the adversary proceeding now pending before the Bankruptcy Court in this District.

ORDER - Page 1
05ORDERS\Fallow.WPD

Pursuant to 28 U.S.C. § 157, and by General Order of this District Court, all cases arising under title 11, and all proceedings arising in or related to a case under title 11, are referred to the bankruptcy judges of this district. Defendants contend that this matter exists essentially to determine whether the counterclaims may be exempt from discharge pursuant to 11 U.S.C. § 523 and, therefore, a matter arising under title 11. Plaintiffs have not filed an objection nor response to the motion. Having reviewed the motion and record it appears referral of this matter is appropriate in this case pursuant to 28 U.S.C. § 157.

## ORDER

Based on the foregoing and being fully advised in the premises, the Court **HEREBY GRANTS** the motion to refer (Dkt. No. 4). This matter shall be referred to Chief Bankruptcy Judge Terry L. Myers, United States Bankruptcy Court District of Idaho.

DATED: **March 2, 2005**

Honorable Edward J. Lodge
U. S. District Judge